**Order filed, July 17, 2012.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-12-00264-CV
_____

**WILLIAM M. BISHOP AND PINNACLE POTASH INTERNATIONAL, LTD,**
**Appellant**

**V.**

**E. BARGER MILLER, III AND REUNION POTASH COMPANY, Appellee**
_____

## NO. 14-12-00318-CV
_____

**REUNION POTASH COMPANY, Appellant**

**V.**

**WILLIAM M. BISHOP AND PINNACLE POTASH INTERNATIONAL, LTD,**
**Appellee**

**On Appeal from the 269th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2008-29234**

# ORDER

The reporter's record in this case was due **June 14, 2012**, 2012. *See* Tex. R. App. P. 35.1. On June 19, 2012, this court granted the court reporters request for extension of time to file the record until July 16, 2012. To date, the record has not been filed with the court. Because the reporter's record was not filed within the time prescribed in the first request, the court **GRANTS** your second request and issues the following order.

We order **Kathleen Keese**, the official court reporter, to file the record in this appeal **on or before August 15, 2012. No further extension will be entertained absent exceptional circumstances**. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If **Kathleen Keese** does not timely file the record as ordered, the Court may issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.

PER CURIAM